1  PHILLIP A. TALBERT
   United States Attorney
2  CHAN HEE CHU
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                      UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,           | Case No. 5:23-po-00146-CDB
12 |                   Plaintiff,        | [Citation #E1754249, CA3F]
13 | v.                                  |
14 | DEVON L. WALKER,                    | MOTION AND ORDER FOR DISMISSAL
15 |                   Defendant.        |

18      The United States of America, by and through Phillip A. Talbert, United States Attorney, and
19 Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:23-po-00146-
20 CDB [Citation #E1754249, CA3F] against DEVON L. WALKER, without prejudice, in the interest of
21 justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

23 DATED: September 6, 2023                    Respectfully submitted,

24                                             PHILLIP A. TALBERT
                                               United States Attorney
25
                                         By:   /s/ *Chan Hee Chu*
26                                             CHAN HEE CHU
                                               Assistant United States Attorney
27

28
                                          1
                                                               USA v. Walker
                                                               Case No. 5:23-po-00146-CDB

# **O R D E R**

IT IS HEREBY ORDERED, on the motion of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that Case No. 5:23-po-00146-CDB [Citation #E1754249, CA3F] against DEVON L. WALKER be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **September 6, 2023**

_____
UNITED STATES MAGISTRATE JUDGE